Submitted on record and briefs December 16, 1992, conviction affirmed; remanded for resentencing February 3, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## DAVID ALLAN SMITH,
*Appellant.*

(91-1916-C-2; CA A71574)

845 P2d 1304

Sally L. Avera, Public Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Diane S. Lefkow, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and Riggs, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for attempted assault in the second degree. ORS 163.175. He contends that the departure sentence under the guidelines was improper, because the court failed to make findings that there were substantial and compelling reasons to depart from the presumptive sentence.

Defendant made no objection to the sentence and, in fact, stipulated to the dispositional departure as part of a negotiated plea of no contest. We decline to address the claim of error.

However, the state concedes that the court erred by imposing a three-year term of post-prison supervision instead of 18 months. We accept that concession.

Conviction affirmed; remanded for resentencing.